FILED
CLERK, U.S. DISTRICT COURT
MAY 17 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Tommy Eugene Bailey<br>　　　　Defendant. | 2:10-MJ-1174<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6)<br>Allegations of Violations of Probation Supervised Release)<br>Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　(✓)　the appearance of defendant as required; and/or

　　(B)　(✓)　the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will ~~not~~ pose a risk of safety for others and himself._

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will appear before the Honorable Marilyn Huff, give that the instant allegations involve falures to appear_

IT IS ORDERED that defendant be detained.

DATED: May 17, 2010

*John E. McDermott*
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE